## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13
    Michael Greer
        Debtor                                    : Bankruptcy No.

### Chapter 13 Plan

1. The debtor shall submit the supervision and control of the Chapter 13 Trustee $370 per month for 60 months.

2. The various claims of the debtor's creditors shall be classified as follows:

    a. Class 1 - Claims filed and allowed which are entitled to priority under 11 U.S.C. section 507.

    b. Class 2 - Claims filed and allowed which are secured by real estate located at 997G Village Round, Allentown, PA.

    c. Class 3 - Unsecured claims.

3. The payments received by the trustee from the debtors pursuant to this plan shall be distributed as follows:

    a. Class 1 claims: The amount paid by the debtors to the trustee shall be distributed first to class 1 claims, pro-rata, until they are paid in full.

    b. Class 2 claims: Debtor shall surrender the real estate securing the claims to the holder of the claims.

    c. Class 3 claims: After the application of the appropriate amounts tot the Class 1 claims, the trustee shall pay monthly payments to the class 3 claims, pro rata, until 100% of the unsecured claims are paid.

4. The title of the property of the estate shall revest in the debtor upon confirmation of this plan, and the debtor shall have sole right to use and possession thereof.

   5. Upon completion of this plan, all debts listed in debtor's Chapter 13 statement, except those excepted by 11 U.S.C. section 1328 (a)(1) or (a)(2) shall be discharged.

Date: 6/24/15        Debtor   s/Michael Greer
                    Michael Greer

Counsel for Debtor:
Joshua Z. Goldblum, Esquire
826 Bustleton Pike
Stonewood Office Campus, Suite 101B
Feasterville, PA  19053
(215) 322-2745