**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Michael Roy Greer** | **BK NO. 15-14483 REF** |
| Debtor | |
| | Chapter 13 |
| **Nationstar Mortgage LLC** | |
| Movant | Related to Document No. 6 |
| vs. | Hearing Date: 11/05/15 |
| **Michael Roy Greer** | |
| Respondent | |

# OBJECTION OF NATIONSTAR MORTGAGE LLC
# TO CONFIRMATION OF CHAPTER 13 PLAN

Nationstar Mortgage LLC (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1. On August 26, 2015, Secured Creditor filed a secured proof of claim setting forth pre-petition arrears in the amount of $16,316.11.

2. Debtor's Plan provides for payment in the amount of $0.00 towards the arrearage claim of the Secured Creditor.

3. Debtor's Plan understates the amount of the Secured Creditor's claim by $16,316.11, and does not provide sufficient funding to pay said claim including present value interest.

4. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5. In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, Nationstar Mortgage LLC, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: September 8, 2015

By: *Joshua I. Goldman*
Joshua I. Goldman, Esquire
jgoldman@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734
Attorney for Movant/Applicant