IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Michael Roy Greer                          : Chapter 13

         Debtor                                     : Bankruptcy No. 15-14483

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Joshua Z. Goldblum applies under §330 of the Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1.       Applicant is counsel for debtors.

2.       The debtors filed a petition under chapter 13 of the Bankruptcy Code on June 24, 2015.

3.       The debtor's annualized currently monthly income as set forth on Form B22C is:

  X   above median (the amount on line 15 is not less than the amount on line 16)

____ below median (the amount on line 15 is less than the amount on line 16).

4.       All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5.       Applicant requests an award of compensation of $3,500.00 for 14 hours expended in providing the following services:

a.  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11 of the United States Code.

b.  Preparation and filing of the petition, schedules, statements of affairs and other documents required by the Court.

c.  Representation of the debtor(s) at the meeting of creditors.

d.  Preparation of Chapter 13 Plan.

e.  Review of Proof of Claims.

f.  Preparation of Amended Chapter 13 Plans necessary for confirmation.

g.  Confirmation hearing.

6.  Applicant requests reimbursement of expenses in the amount of $310.00 for the following expenses:

Filing fee - $310.00

7.  The debtor paid Applicant $1,800 prior to the filing of the petition.

8.  A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A".

9.  None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504 (c ) applies.

WHEREFORE, Applicant requests an award of $3,500.00 in compensation and of $310.00 in reimbursement of actual, necessary expenses.

DATE: <u>September 25, 2015</u>                    <u>s/Joshua Z. Goldblum</u>
                                                  Joshua Z. Goldblum
                                                  Attorney for Debtor


Joshua Z. Goldblum, Esquire
Stonewood Office Campus
826 Bustleton Pike, Suite 101B
Feasterville, PA   19053
(215) 322-2745
(215) 953-9973 FAX